No. 80–827. SCANLON, SECRETARY OF EDUCATION OF PENN-SYLVANIA *v.* BATTLE ET AL. C. A. 3d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 80–5116. JENKINS *v.* BREWER. C. A. 7th Cir. [Certiorari granted, *ante,* p. 981.] Motions of John Howard Association and National Prison Project et al. for leave to file briefs as *amici curiae* granted.

No. 80–5782. IN RE LOHMANN; and
No. 80–5805. IN RE WATKINS. Petitions for writs of mandamus denied.

No. 78–1789. ARKANSAS LOUISIANA GAS CO. *v.* HALL ET AL. Sup. Ct. La. Certiorari granted. JUSTICE STEWART took no part in the consideration or decision of this petition. ▇

No. 80–148. ROBBINS *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari granted. ▇

No. 80–780. ROWAN COS., INC. *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted. ▇

No. 80–795. HEFFRON, SECRETARY AND MANAGER OF THE MINNESOTA STATE AGRICULTURAL SOCIETY BOARD OF MANAGERS, ET AL. *v.* INTERNATIONAL SOCIETY FOR KRISHNA CONSCIOUSNESS, INC., ET AL. Sup. Ct. Minn. Certiorari granted.

No. 80–328. NEW YORK *v.* BELTON. Ct. App. N. Y. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. ▇